# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-81153-civ-ZLOCH

SEAN SPOOR,

    Plaintiff,

v.

CHUMNEY & ASSOCIATES, INC.,

    Defendant.
_____/

## DECLARATION OF PETER LICATA

1. I declare that I am over eighteen years of age and that I make this declaration from personal knowledge. I further state as follows:

2. From approximately February 2012 to July 2015 I was employed as a Motion Graphic Designer/ Editor by Chumney & Associates, Inc. ("Chumney").

3. Chumney is an advertising company which produces advertisements for its clients and customers, including car dealerships.

4. While employed at Chumney as a Motion Graphic Designer/ Video Editor, my primary duties and responsibilities were to help create commercials. I was paid in part on a salary basis, but I was paid overtime compensation (at only my regular rate of pay) for overtime hours recorded by Chumney on the books.

5. Myself and other Motion Graphic Designers/ Video Editors were required to work off the clock. We were required to work off the clock from approximately 6:00pm – 7:00pm each day. We were sometimes required to work off the clock after 7:00pm and at other times if, for example, Chumney regarded us as having committed an error or not followed instructions, causing us to work late.

6. I often worked "off the clock" at the instruction of Chumney's management. My supervisors at Chumney varied over time, but included Cathy Harrison, CFO, Casey Baker, VP, and Rich Sorin, Production Manager.

7. I was instructed by Chumney and its management not to clock in for work performed from 6:00pm to 7:00pm and for work performed after 7:00pm if Chumney regarded me at fault for having to work late.

8. The straight time pay for on the clock overtime hours and the off the clock work policies have been in place for as long as I can remember and spanned across various supervisors for whom I have worked. I was trained on these policies by Chumney management. The managers changed from time to time, but the policies remained the same.

9. The straight time pay for on the clock overtime hours and the off the clock work policies were reinforced by Chumney throughout my employment. Chumney and its management was fully involved with not only the policies of requiring us to be paid only straight time for on the clock overtime hours and requiring us to work off the clock but to the maintenance and enforcement of the program. Only Chumney benefited from this policy.

10. The straight time pay for on the clock overtime hours and the off the clock work policy was the same for all Motion Graphic Designers/ Editors. Other Motion Graphic Designers/ Editors besides myself were subjected to the same procedures and were also required by Chumney to work off the clock and paid only straight time for on the clock overtime hours.

11. Our off the clock work was not voluntary. It was mandatory.

12. There are other Motion Graphic Designers/ Editors who would join this action if it were a collective or group action. I have talked to several and they are concerned that if they join they will not be allowed to work at Chumney now or in the future or will be blackballed or receive poor references from Chumney making it difficult to find employment in the future.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

PETER LICATA

*Peter Licata*
Signature

12/28/15
Date